# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WA26 | 9239067 | J. Morgan | 3920 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 07/04/2022 @ 15:37 | 327.23(c) |

Place of Offense: Dam Site North Park, Beaver Lake, Carroll County, Arkansas

Offense Description: Factual Basis for Charge — HAZMAT ☐

Failure to properly display pass.

### DEFENDANT INFORMATION

Last Name: Davidson
First Name: Todd

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CX2JIE | MO | 09 | Hyundai Santa Fe | | BLK |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25   Forfeiture Amount
+ $30  Processing Fee
$ 55   Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Judge Christy D. Comstock, U.S. Magistrate, 35 East Mountain St., Fayetteville, AR 72701

Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9239067*

CVB SCAN 07/12/2022 13:38

---

(For issuance of an arrest warrant or summons)

I state that on July 4, 2022 while exercising my duties as a law enforcement officer in the Western District of Arkansas

See attached probable cause.

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2022   [Officer's Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident